# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| VICENTE SANTANA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-861-ALM-KPJ |
| § | |
| MAMA PITA, LLC, *et al.*, § | |
| § | |
| Defendants. § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This matter was referred to the undersigned pursuant to 28 U.S.C. § 636. *See* Dkt. 36. On February 28, 2022, Clerk's Entry of Default was entered as to Defendants Mama Pita, LLC and Ayaz Shaikh. *See* Dkt. 25. On March 24, 2022, Clerk's Entry of Default was entered as to remaining Defendant Bechara Harfouche. *See* Dkt. 29. On July 26, 2022, the Court granted counsel for Plaintiff Vicente Santana's ("Plaintiff") Motion to Withdraw; Plaintiff is now proceeding *pro se* in this matter. *See* Dkt. 35. On August 5, 2022, Plaintiff represented in his status report that he wished to be provided twenty-one (21) days to file an appearance through counsel or otherwise, and if Plaintiff did not, the case should be dismissed for want of prosecution. *See* Dkt. 34. On August 25, 2022, the Court ordered that Plaintiff file a status report regarding the status of this case and how he wishes to proceed no later than September 24, 2022. *See* Dkt. 37.

Plaintiff has not filed a status report regarding the status of this case or otherwise taken any further action in this matter. It is, therefore, recommended that Plaintiff's claims against Defendant be **DISMISSED** without prejudice for want of prosecution. *See* FED. R. CIV. P. 41(b).

Within fourteen (14) days after service of the magistrate judge's report, any party may serve and file written objections to the findings and recommendations of the magistrate judge. 28 U.S.C.A. § 636(b)(1)(C).

A party is entitled to a *de novo* review by the district court of the findings and conclusions contained in this report only if specific objections are made, and failure to timely file written objections to any proposed findings, conclusions, and recommendations contained in this report shall bar an aggrieved party from appellate review of those factual findings and legal conclusions accepted by the district court, except on grounds of plain error, provided that the party has been served with notice that such consequences will result from a failure to object. *Id.*; *Thomas v. Arn*, 474 U.S. 140, 148 (1985); *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

**So ORDERED and SIGNED this 5th day of October, 2022.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE